**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12371

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

KENNEY LEE WATSON,
a.k.a. Kenny Watson,
a.k.a. Kenneth Watson,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:24-cr-00073-TKW-1

_____

Before LUCK, LAGOA, and KIDD, Circuit Judges.

PER CURIAM:

2                        Opinion of the Court                25-12371

Kareem Todman, appointed counsel for Kenney Watson, has moved to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent review of the record reveals no issues of arguable merit that could be raised on appeal, counsel's motion to withdraw is **GRANTED**, and Watson's conviction and sentence are **AFFIRMED.**